```
 1  W. Scott Quinlan, #101269
    Attorney at Law
 2  2333 Merced Street
    Fresno, Ca 93721
 3  (559) 442-0634
    (559) 233-6947
 4
 5  Attorney for Defendant MICHAEL MANFREDI
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10                              * * * * *
11  UNITED STATES OF AMERICA,        )   Case No CRF-10-0417 AWI
                                     )
12                                   )   **ORDER SEALING**
                   Plaintiffs,       )   **DECLARATION OF W. SCOTT**
13                                   )   **QUINLAN WITH ATTACHMENTS**
                                     )
14  vs.                              )
                                     )
15  MICHAEL MANFREDI et al.,         )
                                     )   COURT:    Honorable Anthony W. Ishii
16                Defendant.         )
```

Upon request of the defendant, and GOOD CAUSE APPEARING THEREFOR, it is ordered that his attorney's declaration with attachments shall be filed under seal and shall be served upon the following party:

Shelly Ward
U.S. Dept. Of Justice
Patrick Henry Building
601 D. St. NW, Rm 5120
Washington, DC 20004


IT IS SO ORDERED.

Dated: ___January 27, 2012___        _____
                                     CHIEF UNITED STATES DISTRICT JUDGE