W. Scott Quinlan, #101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
(559) 442-0634
(559) 233-6947

Attorney for Defendant MICHAEL MANFREDI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No CRF-10-0417 AWI |
| | ) | |
| Plaintiffs, | ) | **ORDER SEALING DEFENDANT MICHAEL MANFREDI'S OBJECTIONS TO GOVERNMENT'S DECLARATIONS, REPLY TO OPPOSITION TO HIS GARRITY MOTION, DECLARATION E. MARSHALL HODGKINS, AND ALL ATTACHMENTS** |
| vs. | ) | |
| MICHAEL MANFREDI et al., | ) | |
| Defendant. | ) | COURT: Honorable Anthony W. Ishii |

Upon request of the defendant, and GOOD CAUSE APPEARING THEREFOR, it is ordered that his Reply to the government's Opposition to his Garrity Motion, his Objections to Government's Declarations, the declaration of E. Marshall Hodgkins, and all attachments shall be filed under seal and shall be served upon the following party:

Shelly Ward
U.S. Dept. Of Justice
Patrick Henry Building
601 D. St. NW, Rm 5120
Washington, DC 20004

IT IS SO ORDERED.

Dated:  February 28, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE