BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
ELANA S. LANDAU
Assistant United States Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 447-4000

THOMAS E. PEREZ
Assistant Attorney General
BARBARA KAY BOSSERMAN
Senior Legal Counsel
U.S. Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 305-1113

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 1:10-cr-417-AWI |
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE AND ORDER |
| v. | |
| MICHAEL MANFREDI, | |
| Defendant. | |

The parties, through their respective counsel, hereby agree and stipulate to the following combined briefing schedule with respect to defendant Manfredi's Motion for Reconsideration (Doc. 113) and the Government's motion addressing the Garrity "use" issue:

Government's response to the motion for reconsideration and Government's motion on the Garrity "use" issue due: <u>May 14, 2012</u>;

Defendant's reply to Government's response to the motion for reconsideration and Defendant's response to the Government's motion on the Garrity "use" issue due: <u>June 4, 2012</u>;

Government's reply to Defendant's response to the Government's motion on the Garrity "use" issue due: <u>June 13, 2012</u>;

Hearing on the motions: <u>June 18, 2012 at 1:30 p.m.</u>

Respectfully submitted,

DATED: May 2, 2012     <u>/s W. SCOTT QUINLAN</u>
Counsel for Defendant Manfredi
2333 Merced Street
Fresno, CA 93721
Telephone: (559) 442-0634

DATED: May 2, 2012     <u>/s BARBARA KAY BOSSERMAN</u>
Senior Legal Counsel
U.S. Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 305-1113

**ORDER**

Pursuant to the Parties' stipulation, the court ORDERS that:

1. The Government's response to the motion for reconsideration and the Government's motion on the Garrity "use" issue SHALL BE FILED May 14, 2012;

2. Defendant's reply, if any, to the Government's response to the motion for reconsideration and Defendant's response, if any, to the Government's motion on the Garrity "use" issue

| | |
|---|---|
| 1 | SHALL BE FILED BY June 4, 2012; |
| 2 | 3. The Government's reply to Defendant's response to the |
| 3 | Government's motion on the Garrity "use" issue SHALL BE |
| 4 | FILEDE by June 13, 2012; and |
| 5 | 4. The Hearing on the motions SHALL BE HELD on June 18, 2012 at |
| 6 | 1:30 p.m. |

IT IS SO ORDERED.

Dated:     May 3, 2012                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE