IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL MANFREDI,<br><br>    Defendant.<br>_____ | CR. No. 1:10-cr-417-AWI<br><br>ORDER GRANTING JOINT MOTION TO RELEASE SEALED TRANSCRIPTS FROM APRIL 9, 2012, HEARING AND FOR PROTECTIVE ORDER |

Having reviewed the joint Motion to Produce Sealed Transcripts and Motion for a Protective Order, the Court hereby enters the following Order.

1. The transcript for the hearing on April 9, 2012, held in the above-captioned case, be sealed.
2. A sealed copy of the transcript shall be released to counsel for defendant Manfredi and to the attorneys from the Government's filter team;
3. Neither defendant Manfredi nor the attorneys from the Government's filter team shall permit co-defendants, potential trial witness, or attorneys or agents for such persons to review the transcript;
4. The Government's review of the transcript shall be limited to the Government's filter team, including attorneys Shelly Ward, Chiraag Bains, Barbara Bosserman, and any attorney, paralegal, or support-staff member assisting these attorneys in the

execution of their duties;

5. In no event shall any Government attorney, federal agent, paralegal, or support staff member who is assigned to the trial team, or who is assisting the trial team in the investigation and prosecution of this case, be provided with a copy of the transcript or permitted to review it; and

6. Any party may, for good cause, move for a modification of this Order.

IT IS SO ORDERED.

Dated: May 14, 2012

CHIEF UNITED STATES DISTRICT JUDGE