BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant United States Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 447-4000

THOMAS E. PEREZ
Assistant Attorney General
JARED FISHMAN
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-3204

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 1:10-cr-00417-AWI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| CHRISTOPHER COLEMAN, PAUL VAN DALEN, SEAN PLYMALE, and MICHAEL MANFREDI, | |
| Defendants. | |

The parties request that the status conference in this case be continued from February 19, 2013 to March 18, 2013 at 1:30p.m.. They stipulate that the time between February 19, 2013 and March 18, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so

that counsel may have reasonable time necessary for effective consideration of how to proceed with the case following the recent mistrial following a five-week jury trial and to allow for possible plea negotiations, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

|  |  |
|---|---|
| Respectfully submitted, | February 11, 2013 |
| BENJAMIN B. WAGNER<br>United States Attorney | THOMAS E. PEREZ<br>Assistant Attorney General |
| By: /s/ Elana S. Landau<br>ELANA S. LANDAU<br>Assistant U.S. Attorney | By: /s/ Jared Fishman<br>Jared Fishman<br>Trial Attorney |
| /s/ Paul Q. Goyette<br>PAUL A. GOYETTE<br>Attorney for Defendant<br>Christopher Coleman | /s/ Harry S. Stern<br>HARRY S. STERN<br>Attorney for Defendant<br>Paul Van Dalen |
| /s/ E. Marshall Hodgkins<br>E. MARSHALL HODGKINS<br>Attorney for Defendant<br>Sean Plymale | /s/ W. Scott Quinlan<br>W. SCOTT QUINLAN<br>Attorney for Defendant<br>Michael Manfredi |

IT IS SO ORDERED.

Dated: February 12, 2013

_____
SENIOR DISTRICT JUDGE