Harry S. Stern, SBN 176854
**RAINS LUCIA STERN, PC**
2300 Contra Costa Boulevard, Suite 500
Pleasant Hill, CA 94523
Telephone: 925.609.1699
Facsimile: 925.609.1690
Email: HStern@RLSlawyers.com

Attorneys for Defendant
PAUL VAN DALEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>PAUL VAN DALEN,<br><br>Defendant. | Case No. 1:10 CR 00417 AWI<br><br>STIPULATION AND ORDER REGARDING TRIAL BRIEFING SCHEDULE |

Per the Court's order the parties have met and conferred and agreed on the following briefing schedule:

1. Motions shall be due on November 4, 2013;
2. Responses to Motions shall be due on December 2, 2013;
3. Oral Arguments shall be heard on December 16, 2013 at 10:00 however, the government may have a scheduling conflict with this date and the parties shall continue to be flexible and cooperative with respect to the hearing date.

DATED: October 1, 2013

Respectfully submitted,

**Rains Lucia Stern, PC**

/s/   *Harry S. Stern*
Harry S. Stern
Attorneys for Defendant
PAUL VAN DALEN

**Goyette & Associates, Inc.**

/s/ *Paul Q. Goyette*
Paul Q. Goyette
Attorneys for Defendant
CHRISTOPHER COLEMAN


**Law Offices of E. Marshall Hodgkins, III**

/s/ *E. Marshall Hodgkins, III*
E. Marshall Hodgkins, III
Attorneys for Defendant
SEAN PLYMALE


/s/ *W. Scott Quinlan*
W. Scott Quinlan
Attorneys for Defendant
MICHAEL MANFREDI


**U.S. Department of Justice**

/s/ *Jared H. Fishman*
Jared H. Fishman
Attorneys for Plaintiff
UNITED STATES OF AMERICA


IT IS SO ORDERED.

Dated: October 2, 2013

_____
SENIOR DISTRICT JUDGE